1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 HOLLY ANN WEBER RAZAQ, and            )
   ASSAD RAZAQ,                          )
13                                       )  Case No. 06-2461-SC
                 Petitioners,            )
14                                       )
        v.                               )
15                                       )
   CHRISTINA POULOS, in her Official Capacity, ) STIPULATION TO EXTEND THE DATE
16 Acting Director, California Service Center, U.S. ) OF THE CASE MANAGEMENT
   Citizenship and Immigration Services, Department ) CONFERENCE; AND [PROPOSED]
17 of Homeland Security; EMILIO T. GONZALEZ, in ) ORDER
   his Official Capacity, Director, United States )
18 Citizenship and Immigration Services, Department )
   of Homeland Security; MICHAEL CHERTOFF, in )
19 his Official Capacity, Secretary, Department of )
   Homeland Security; and ALBERTO R.     )
20 GONZALES, United States Attorney General, )
   Department of Justice,                )
21                                       )
                 Respondents.            )
22                                       )

23     The petitioners, by and through their attorneys, and respondents, by and through their

24 attorneys, hereby stipulate to the following, subject to approval by the Court:

25     1. On April 7, 2006, petitioners filed a petition for writ of mandamus in this Court, seeking an

26 order compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate

27 an I-130 Immigrant Petition for Alien Relative.

28     2. The respondents filed an answer on June 7, 2006.

STIPULATION TO EXTEND THE DATE OF THE CMC
C 06-2461-SC                                     1

3. The USCIS intends to interview the applicant for the I-130 visa petition in early August, 2006.

4. In light of the possibility that this case may be administratively resolved in the next two months, the parties agree, subject to court approval, to continue the Case Management Conference currently set for July 7, 2006, **to August 25, 2006.**

8. The parties further agree, subject to court approval, to file a joint case management statement seven days in advance of the case management conference, and to file the necessary Alternative Dispute Resolution Documents twenty-one days in advance of the case management conference.

Dated: June 28, 2006

/s/
STACEY GARTLAND
Van Der Hout, Brigagliano and Nightingale
Attorney for Petitioners

Dated: June 28, 2006

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorney for Respondents

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to August 25, 2006.

Dated: 6/29/06

SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

---

[1] I, Edward A. Olsen, attest that both Stacey Gartland and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND THE DATE OF THE CMC
C 06-2461-SC                                     2