KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOLLY ANN WEBER RAZAQ, and ASSAD RAZAQ, <br><br> Petitioners, <br><br> v. <br><br> CHRISTINE POULOS , et al., <br><br> Respondents. | C 06-2461-SC <br><br> **SECOND STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

Petitioners, by and through their attorneys of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 30-day extension of the date of the case management conference in the above-entitled action, based on the following:

1. On April 7, 2006, petitioners filed a petition for writ of mandamus in this Court, seeking an order compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate an I-130 Immigrant Petition for Alien Relative.

2. The respondents filed an answer on June 7, 2006.

3. In light of the possibility that this case could be administratively resolved within two months, the parties agreed, subject to court approval, to continue the Case Management Conference that was set for July 7, 2006, to August 25, 2006.

4. On June 29, 2006, this Court issued an order extending the date of the Case Management

1 | Conference to August 25, 2006.

2 |     5.  The USCIS interviewed Ms. Razaq on her I-130 visa petition on August 14, 2006.

3 |     6.  At the interview, the USCIS asked the petitioners to submit additional evidence in support of I-130 visa petition.

    7.  The parties recognize that this Court has already granted the parties' request for a 60-day extension of the date of the Case Management Conference.  However, in light of the fact that the petitioner has now been interviewed by USCIS, and in light of the reasonable probability that this case will be administratively resolved within the next 30 days, the parties stipulate and request, subject to the approval of the court, to extend the date of the Case Management Conference, currently scheduled for August 25, 2006, **to September 29, 2006.**

    8.  The parties further agree, subject to court approval, to file a joint case management statement seven days in advance of the case management conference.

    /s/
STACEY GARTLAND
Van Der Hout, Brigagliano and Nightingale
Attorney for Petitioners

Dated: August 15, 2006

KEVIN V. RYAN
United States Attorney

    /s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorney for Respondents

---

[1] I, Edward A. Olsen, attest that both Stacey Gartland and I have signed this stipulation.

SECOND STIPULATION TO EXTEND DATE OF CMC; AND [PROPOSED] ORDER
C06-2461-SC     2

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management

3  Conference be continued to **September 29, 2006.** (22)

4

5  Dated: __8/21/06_____    _____
          SAMUEL CONTI
6         United States District Judge



SECOND STIPULATION TO EXTEND DATE OF CMC; AND [PROPOSED] ORDER
C06-2461-SC                                    3