UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAZAQ, et al.,

           Petitioners,

v.

CHRISTINA POULOS, et al.
           Respondents.
_____/

No. C 06-2461 WDB

ORDER SCHEDULING SUR-REPLY

The Court has reviewed Petitioners' Motion for Summary Judgment, Respondents' Opposition . . . and Cross-Motion for Summary Judgment, and Petitioners' Reply.

**By Wednesday, December 6, 2006, at 5:00 p.m.**, Respondents must file with the Court a "Sur-Reply" that responds to matters presented in Petitioners' Reply, filed November 29, 2006.

**On Wednesday, December 13, 2006, at 1:30 p.m.**, the Court will conduct a hearing in connection with the parties' cross-motions for summary judgment as previously scheduled.

IT IS SO ORDERED.

Dated: November 30, 2006

                                        /s/ Wayne D. Brazil
                                        WAYNE D. BRAZIL
                                        United States Magistrate Judge

Copies to:
parties, wdb stats