KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOLLY ANN WEBER RAZAQ, and ASSAD RAZAQ, <br><br> Petitioners, <br><br> v. <br><br> CHRISTINE POULOS, et al., <br><br> Respondents. | C 06-2461-WDB <br><br> STIPULATION TO EXTEND DEADLINE |

Petitioners, by and through their attorneys of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a one-day extension of the deadline for filing the respondents' sur-reply. The respondents will file their sur-reply no later than 5:00 p.m. on December 7, 2006.

STIPULATION TO EXTEND DEADLINE
C06-2461-WDB            1

Dated: December 6, 2006              /s/
                                     STACEY GARTLAND
                                     Van Der Hout, Brigagliano and Nightingale
                                     Attorney for Petitioners


Dated: December 6, 2006
                                     KEVIN V. RYAN
                                     United States Attorney


                                     /s/
                                     EDWARD A. OLSEN[1]
                                     Assistant United States Attorney
                                     Attorney for Respondents

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _December 7, 2006___       _/s/ Wayne D. Brazil_____
                                     WAYNE D. BRAZIL
                                     United States Magistrate Judge

---

[1] I, Edward A. Olsen, attest that both Stacey Gartland and I have signed this stipulation.

STIPULATION TO EXTEND DEADLINE
C06-2461-WDB                         2