UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZAQ, et al., | No. C 06-2461 WDB |
| Petitioners, | ORDER RESPONDING TO PETITIONERS' OBJECTIONS, FILED DECEMBER 11, 2006 |
| v. | |
| CHRISTINA POULOS, et al. Respondents. | |

The Court has reviewed Petitioners' Objections to the Court's December 8, 2006, Order, filed December 11, 2006. The Court ORDERS as follows.

The Court will rule on the parties' motions based on the record that the parties have developed, and those decisions will be forthcoming.

The Court VACATES the hearing scheduled for December 13, 2006.

IT IS SO ORDERED.

Dated: December 12, 2006

/s/  Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
parties, wdb stats