KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOLLY ANN WEBER RAZAQ and ASSAD RAZAQ, <br><br> Petitioners, <br><br> v. <br><br> CHRISTINA POULOS; EMILIO T. GONZALEZ; MICHAEL CHERTOFF; ALBERTO GONZALES, <br><br> Respondents. | No. C-06-2461-WDB <br><br> **JOINT STATEMENT; AND [PROPOSED] ORDER** |

The petitioners, by and through their attorneys, and respondents, by and through their attorneys, hereby notify this Court that the United States Citizenship and Immigration Services (USCIS) completed adjudication of Ms. Razaq's I-130 petition on February 5, 2007. A copy of USCIS's decision is attached. The petitioners received a copy of the decision today, February 14, 2007, and require additional time to consider their options. The parties therefore agree to notify this Court within 30 days whether they intend to file a stipulation to dismiss the action. The parties agree, subject to approval of the court, to vacate the case management conference scheduled for February 21, 2007, because USCIS has adjudicated the I-130 petition and the case management conference is therefore unnecessary.

JOINT STATEMENT
C 06-2461-WDB                                        1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 14, 2007 | Respectfully submitted, |
| 3 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | |
| 5 | | |
| 6 | | /s/<br>EDWARD A. OLSEN |
| 7 | | Assistant United States Attorney<br>Attorneys for Respondents |
| 8 | | |
| 9 | | |
| 10 | DATED: February 14, 2007 | /s/<br>STACEY L. GARTLAND |
| 11 | | Van Der Hout, Brigagliano & Nightingale, LLP<br>Attorneys for Petitioner |

**ORDER**

It is so ordered.

2/15/2007    /s/ Wayne D. Brazil
           WAYNE D. BRAZIL
           United States Magistrate Judge

JOINT STATEMENT
C 06-2461-WDB                              2