Marc Van Der Hout (California Bar # 80778)
Stacey L. Gartland (California Bar # 184694)
Beth Feinberg (California Bar # 240857)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioners
Holly Ann Weber RAZAQ
Assad RAZAQ

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Holly Ann Weber RAZAQ, and Assad RAZAQ,<br><br>   Petitioners,<br><br>   v.<br><br>Christina POULOS, in her Official Capacity, Acting Director, California Service Center, U.S. Citizenship and Immigration Services, Department of Homeland Security; Emilio T. GONZALEZ, in his official Capacity, Director, United States Citizenship and Immigration Services, Department of Homeland Security; Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; and Alberto GONZALEZ, United States Attorney General, Department of Justice<br><br>   Respondents. | Case No. C 06-02461 (WDB)<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER**<br><br>Immigration Case, Administrative Procedure Act Case<br><br>Agency No.: A76 298 097 |

Petitioners, by and through their attorneys of record, and Respondents, by and through their attorneys of record, stipulate, subject to the approval of the Court, to dismissal of the above entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Service has adjudicated Petitioner's I-130 petition which was the subject of the pending action.

Each of the parties shall bear their own costs and fees.

DATED: March 1, 2007                    Respectfully submitted,

                                                    KEVIN V. RYAN
                                                    United States Attorney

                                                    _____/s/_____
                                                    EDWARD A. OLSEN
                                                    Assistant United States Attorney
                                                    Attorneys for Respondents


DATED: March 1, 2007                    _____/s/_____
                                                    MARC VAN DER HOUT
                                                    Van Der Hout, Brigagliano & Nightingale, LLP
                                                    Attorney for Petitioner


IT IS SO ORDERED.


DATED: 3/5/07                           */s/ Wayne D. Brazil*
                                                    _____
                                                    WAYNE D. BRAZIL
                                                    United States Magistrate Judge